**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

IT APPEARING THAT case number 20-cv-20 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 20-cv-20 shall be vacated and that case number 20-cv-20 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

*[signature]*
Chief Judge Rebecca R. Pallmeyer

Dated at Chicago, Illinois this 3rd day of January, 2020.